# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **LEONARD WILLIAM WILLIS, JR.** | **Case No. 5:09-CR-00031-HL-CWH-1** |

## ORDER ON MOTION FOR CONTINUANCE

Defendant Leonard William Willis, Jr. has moved the Court to continue the trial of his case, presently scheduled for December 7, 2009.  Defendant was arraigned on May 15, 2009, and is currently being detained at the Irwin County Detention Center.  Defendant's counsel represents that she seeks a continuance as she was involved in an accident on November 7, 2009, and has not returned to work since that date due to a head injury.  The Court finds that it is in the interests of justice to allow Defendant a continuance so that Counsel for Defendant may have time to recover from her injuries and confer with Defendant, and that these interests outweigh the interest of Defendant and the public in a speedy trial.  Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.  Accordingly, Defendant's Motion for Continuance [Doc. 26] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's next trial calendar.   The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this 25th  day of November, 2009.


*s/  Hugh Lawson*_____
HUGH LAWSON